192 So. 908

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. Edna ROESCH.**

**6 Div. 545.**

Supreme Court of Alabama.
Nov. 25, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

Crampton Harris, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

190 So. 927

**Beck ROBISON v. STATE.**

**8 Div. I.**

Supreme Court of Alabama.
Oct. 5, 1939.

Application for Rehearing Stricken
Nov. 2, 1939.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Beck Robison for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the Case of Robison v. State, 190 So. 924 (8 Div. 876).

Petition dismissed.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.

190 So. 928

**Beck ROBISON v. STATE.**

**8 Div. 2.**

Supreme Court of Alabama.
Oct. 12, 1939.

Application for Rehearing Stricken
Nov. 2, 1939.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Beck Robison for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Robison v. State, 190 So. 924 (8 Div. 871).

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

190 So. 928

**Copeland ROBISON v. STATE.**

**8 Div. 997.**

Supreme Court of Alabama.
Oct. 5, 1939.

Application for Rehearing Stricken
Nov. 2, 1939.

H. H. Hamilton, of Russellville, for petitioner.

Thomas S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Copeland Robison for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Robison v. State, 190 So. 925.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.